AO 245A (Rev. 12/03) Judgment of Acquittal

# UNITED STATES DISTRICT COURT

__Eastern__ DISTRICT OF __North Carolina__

UNITED STATES OF AMERICA

V.

MICHAEL SHANNON

**JUDGMENT OF ACQUITTAL**

CASE NUMBER: 5:15-MJ-1760-1-KS

The Defendant was found not guilty. IT IS ORDERED that the Defendant is acquitted, discharged, and any bond exonerated as to Count 1 DWI.

_/s/ Kimberly A. Swank_
Signature of Judge

| KIMBERLY A. SWANK | US Magistrate Judge |
| --- | --- |
| Name of Judge | Title of Judge |

1/5/2016
Date